UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Timothy W. Nichols, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-13-1998 |
| Pet Power, Inc., et al, Defendants. | § § § | |

ORDER

Pursuant to the Notice of Dismissal filed on October 24, 2013, the above-styled action shall be and is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk shall send a true copy to all counsel of record.

Signed this 25 day of October, 2013.

DAVID HITTNER
United States District Judge